UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| TEDDY DYER,<br>        Plaintiff<br><br>v.<br><br>THE COUNTY OF SOMERSET,<br>        Defendant | Docket No. |

## NOTICE OF REMOVAL

NOW COMES Defendant Somerset County, by and through undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446, and hereby remove the above-entitled matter to the United States District Court for the District of Maine. Removal is permissible because federal question jurisdiction exists by virtue of Plaintiff's claims under the McNamara-O'Hara Service Contract Act.

This Notice of Removal is timely pursuant to the provisions of 28 U.S.C. § 1446(b) because this removal is being effected before service of the Complaint has been completed upon Defendant.

In conformity with 28 U.S.C. § 1446(A), copies of the Somerset County Superior Court Docket Sheet and all state court filings are attached hereto.

Dated: September 13, 2021

/s/ Peter T. Marchesi
Peter T. Marchesi, Esq.

/s/ Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendant
27 Temple Street
Waterville, ME  04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| TEDDY DYER,<br>   Plaintiff<br><br>v.<br><br>THE COUNTY OF SOMERSET,<br>   Defendant | )<br>)  Docket No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, Esq., attorney for Defendant, hereby certifies that:

- Notice of Removal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Wendell Skidgel, Esq.        W@Wendellslaw.com

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    None

Dated:  September 13, 2021          /s/   Peter T. Marchesi
                                                          Peter T. Marchesi, Esq.
                                                          Wheeler & Arey, P.A.
                                                          Attorneys for Defendant
                                                          27 Temple Street
                                                          Waterville, ME   04901